| PROB 22<br>(Rev. 5/2015) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | | 2:19-CR-33-SS-DLB-4 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:23-cr-223-WFJ-CPT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Eastern District of Kentucky | Northern Division at Covington |
| Cameron D. Morton | NAME OF SENTENCING JUDGE | |
| | David L. Bunning, U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
| | | 7/21/2022 | 7/20/2025 |

OFFENSE
Conspiracy to Distribute Controlled Substances (100 or More Kilograms of Marijuana)Possession of Marijuana with Intent to Distribute

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____Kentucky_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Middle District of Florida_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_30 June 23_
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Florida_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

| PROB 22 (Rev. 5/2015) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:19-CR-33-SS-DLB-4 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:23-cr-223-WFJ-CPT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of Kentucky | Northern Division at Covington |
| Cameron D. Morton<br>Gibsonton, Florida 33534 | NAME OF SENTENCING JUDGE<br>David L. Bunning, U.S. District Judge | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 7/21/2022 | 7/20/2025 |

OFFENSE

Conspiracy to Distribute Controlled Substances (100 or More Kilograms of Marijuana)Possession of Marijuana with Intent to Distribute

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      Eastern      DISTRICT OF      Kentucky

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the      Middle District of Florida      upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_30 June 23_
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE      Middle      DISTRICT OF      Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_

_United States District Judge_